PROB 12C
(6/16)

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Report Date: March 18, 2019

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 18 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Shellbie Mae Klins                Case Number: 0980 2:15CR00067-WFN-2

Address of Offender:                     Spokane, Washington 99208

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 2, 2016

Original Offense:        Misprision of a Felony, 18 U.S.C. § 4

Original and             Prison - 27 months            Type of Supervision: Supervised Release
Amended Sentence:        TSR - 12 months

Asst. U.S. Attorney:     Caitlin Baunsgard             Date Supervision Commenced: December 1, 2018

Defense Attorney:        Federal Defenders Office      Date Supervision Expires: November 30, 2019

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Standard Condition # 10**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: On March 13, 2019, Dartanyan Turner was arrested in the presence of Ms. Klins at her residence. Mr. Turner is a convicted felon, who is also on federal supervision and was being sought by the U.S. Marshals Service (USMS) on March 13, 2019, as he had an active warrant for his arrest. It should be noted, the USMS informed the undersigned that Ms. Klins was observed talking with Mr. Turner prior to his arrest and that she passively interfered and obstructed them while they were attempting to arrest Mr. Turner. Ms. Klins did not have permission from the probation office to associate with Mr. Turner.

On March 14, 2019, Ms. Klins informed the undersigned that Mr. Turner showed up to her residence on March 13, 2019, by chance. However, Ms. Klins admitted that she has previously associated with Mr. Turner, and that they have attended treatment at Pioneer Human Services in the same group, but she terminated that association at the advice of her clinician.

Prob12C
Re: Klins, Shellbie Mae
March 18, 2019
Page 2

On December 4, 2018, Ms. Klins was provided the judgment and sentence for case number 2:15CR00067-WFN-2. Additionally, she signed said judgment indicating she fully understood the conditions of her term of supervision. Specifically, that she not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/18/2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

3/18/19
Date