# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shellbie Mae Klins                Case Number: 0980 2:15CR00067-WFN-2

Address of Offender:                , Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 2, 2016

Original Offense:    Misprision of a Felony, 18 U.S.C. § 4

Original Sentence:   Prison - 27 months;           Type of Supervision: Supervised Release
                     TSR - 12 months

Asst. U.S. Attorney: James Goeke                    Date Supervision Commenced: December 1, 2018

Defense Attorney:    Roger Peven                    Date Supervision Expires: November 30, 2019

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |

**Supporting Evidence**: Shellbie Klins failed to notify the U.S. Probation Office of a change of residence since on or about August 27, 2019.

On June 6, 2019, Shellbie Klins commenced participation in the Sobriety Treatment and Education Program (STEP). Ms. Klins last attended a STEP session on June 20, 2019.  On that date, she was found to be in noncompliance and was ordered to serve a 7-day jail sanction. Additionally, she was ordered to remain in custody until a bed became available for inpatient treatment. The Court ordered her to release to a residential reentry center (RRC) upon completion of inpatient treatment.

Ms. Klins began intensive inpatient treatment at Pioneer Center East on July 1, 2019. She completed the inpatient program on August 7, 2019, and commenced placement at the Spokane RRC on August 8, 2019. U.S. probation officer Law contacted Ms. Klins at the RRC on August 8, 2019, and advised her to remain at the RRC until the

STEP team orders to have her released. On August 27, 2019, Ms. Klins left the RRC without approval and has failed to return as of the date of this report.

On December 4, 2018, Ms. Klins was provided the judgment and sentence for case number 2:15CR00067-WFN-2. Additionally, she signed said judgment indicating she fully understood the conditions of her term of supervision.

2 **Special Condition #19:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** Shellbie Klins submitted a positive urinalysis at the RRC on August 22, 2019.

On August 8, 2019, Ms. Klins reported to the RRC as directed. On August 22, 2019, the offender provided a urinalysis at the RRC which revealed presumptive positive for heroin. On August 29, 2019, confirmation was received from Redwood Toxicology Laboratory indicating the urinalysis collected on August 22, 2019, from the offender, was positive for heroin.

On December 4, 2018, Ms. Klins was provided the judgment and sentence for case number 2:15CR00067-WFN-2. Additionally, she signed said judgment indicating she fully understood the conditions of her term of supervision.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/29/2019

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS
[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

August 29, 2019
Date