Report Date: December 6, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# Dec 06, 2019

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shellbie Mae Klins        Case Number: 0980 2:15CR00067-WFN-2

Address of Offender:        Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 2, 2016

| | | |
|---|---|---|
| Original Offense: | Misprision of a Felony, 18 U.S.C. § 4 | |
| Original Sentence: | Prison - 27 months<br>TSR - 12 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: December 1, 2018 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: November 30, 2021 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #19:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence:**  Shellbie Klins submitted a positive urinalysis at the Spokane Residential Reentry Center (RRC) on November 27, 2019, which is a direct violation of special condition number 19.<br><br>On November 27, 2019, Ms. Klins submitted a urinalysis at the RRC which was then sent to the Redwood Toxicology Laboratory (Redwood) for an interpretation. On December 5, 2019, Redwood confirmed a positive result for buprenorphine (Suboxene). It should be noted, due to the results of this positive urinalysis, Ms. Klins' placement at the RRC has been terminated.<br><br>On December 4, 2018, Ms. Klins was provided the judgment and sentence for case number 2:15CR00067-WFN-2. Additionally, she signed said judgment indicating she fully understood the conditions of her term of supervision. |

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/06/2019

s/Jonathan Bot

Jonathan Bot
U.S. Probation Officer

## THE COURT ORDERS

[   ]    No Action
[X]    The Issuance of a Warrant
[   ]    The Issuance of a Summons
[   ]    Other

Signature of Judicial Officer

12/6/2019

Date